O

# United States District Court
# Central District of California

| | |
|---|---|
| IN RE A.L.C. and E.R.S.C.,<br>ANDREAS CARLWIG,<br>　　　　　Petitioner,<br>　　v.<br>SARODJINY CARLWIG,<br>　　　　　Respondent. | Case No. 2:14-cv-1506-ODW(SHx)<br>**ORDER TO SHOW CAUSE RE.**<br>**PETITION TO RETURN CHILDREN**<br>**TO SWEDEN AND ORDER**<br>**SETTING BRIEFING SCHEDULE**<br>**AND HEARING** |

　　　　On February 27, 2014, Petitioner Andreas Carlwig filed a Verified Petition for Return of Children to Sweden and Order to Show Cause against Respondent Sarodjiny Carlwig. The matter was assigned to this Court on March 10, 2014. Petitioner seeks the expedited return of the parties' two children—six-year-old A.L.C. and nine-month-old E.R.S.C.—to Sweden. The Petition is brought under The Convention on the Civil Aspects of International Child Abduction, done at the Hague on October 25, 1980 (the "Convention"), and its implementing legislation, the International Child Abduction Remedies Act ("ICARA"), 42 U.S.C. § 11601 *et seq.*

　　　　At a telephonic hearing on March 14, 2014, the Court was informed that Respondent Sarodjiny Carlwig has been served with the Petition and all other Orders

of this Court. Nevertheless, the Court recognizes the need to adjudicate this matter expeditiously and therefore **ORDERS** the following:

1) Neither Respondent nor any person acting in concert with or participating with her shall take any action to remove children A.L.C. and E.R.S.C. from the Central District of California pending a determination by this Court on the Petition. 42 U.S.C. § 11604 (authorizing a court to take "measures under Federal or State law, as appropriate, to protect the well-being of the child involved or to prevent the further removal or concealment before the final disposition of the petition").

2) Respondent Sarodjiny Carlwig is **ORDERED TO SHOW CAUSE** no later than **Friday, March 28, 2014** why the two minor children should not be returned to Sweden for adjudication of custody matters. Respondent will comply with this Order to Show Cause **in writing** by filing a responsive brief to the Petition for Return of Children to Sweden. This brief will raise any affirmative defenses that Respondent may have under the Convention.

3) Petitioner Andreas Carlwig may file a reply brief no later than **Friday, April 4, 2014**. The reply brief should be limited to addressing only the arguments made in Respondent's brief.

4) The Court sets an evidentiary hearing on the Petition for **Friday, April 11, 2014, at 10 a.m.** The Court will advise the parties of the testimony it requires prior to that hearing.

All other provisional relief requested in the Petition is **DENIED**. This includes Petitioner's request that Respondent surrender her passport and the passports of her children. The Court has been informed by email that the passports are being held in trust by Respondent's counsel Nathan Gabbard of Claery & Green LLP, who

///

represents Respondent in a related state-court proceeding. Petitioner shall ensure that this Order is served on Respondent forthwith.

**IT IS SO ORDERED.**

March 14, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**