**O**

# United States District Court
# Central District of California

| | |
|---|---|
| IN RE A.L.C. and E.R.S.C., | Case No. 2:14-cv-1506-ODW(SHx) |
| ANDREAS CARLWIG, | **ORDER RE. RETURN OF** |
| Petitioner, | **CHILDREN TO SWEDEN** |
| v. | |
| SARODJINY CARLWIG, | |
| Respondent. | |

On April 17, 2014, this Court granted the Petition for Return of Children to Sweden and ordered that the minor children A.L.C. and E.R.S.C. be returned to Sweden forthwith.  (ECF No. 42.)  On April 24, 2014, the Court received Petitioner Andreas Carlwig's Status Report regarding travel arrangement for the children.   In light of the representations in the Status Report, the Court **ORDERS** as follows:

- Respondent Sarodjiny Carlwig is **ORDERED TO APPEAR** with A.L.C. and E.R.S.C. **no later than 5 p.m. on April 30, 2014**, at the Norwegian Airlines check-in counter at Los Angeles International Airport.
- Respondent Sarodjiny Carlwig is **ORDERED** to cooperate with Petitioner Andreas Carlwig and his counsel to obtain the necessary travel documents for A.L.C. and E.R.S.C. before their April 30, 2014 departure.

///

- As the April 17, 2014 Order states, A.L.C. and E.R.S.C. are to be returned to Sweden in the custody of Respondent Sarodjiny Carlwig. However, if Respondent Sarodjiny Carlwig refuses to return to Sweden—as is her right—the children shall return in the custody of Petitioner Andreas Carlwig.

- To ensure compliance, this Court **ORDERS** Respondent Sarodjiny Carlwig to appear **in person** before this Court for a status conference on **Tuesday, April 29, 2014 at 1:30 p.m.** Petitioner Andreas Carlwig is also **ORDERED** to appear, but may do so telephonically if he is not in the country.

Any party, or individual acting in concert with a party to this action, who fails to comply with this Order and the April 17, 2014 Order will be held in contempt. The Court further cautions that a contempt finding will likely result in incarceration of the contemnor.

**IT IS SO ORDERED.**

April 25, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**