**O**

# United States District Court
# Central District of California

| | |
|---|---|
| IN RE A.L.C. and E.R.S.C., | Case No. 2:14-cv-1506-ODW(SHx) |
| ANDREAS CARLWIG, | **ORDER RE. RETURN OF** |
| Petitioner, | **CHILDREN TO SWEDEN** |
| v. | |
| SARODJINY CARLWIG, | |
| Respondent. | |

The Court held a status conference on April 29, 2014 regarding the return of A.L.C. and E.R.S.C. to Sweden pursuant to this Court's April 17, 2014 Order. Based on recent filings and the representations at the hearing, the Court **ORDERS** as follows:

- The Los Angeles County District Attorney's Office is **ORDERED** to turn over the passports of A.L.C. and Respondent Sarodjiny Carlwig to the custody of Dena Kravitz with Harris Ginsburg LLP. Kravitz shall retain custody of the passports until A.L.C. has departed for Sweden.
- Respondent Sarodjiny Carlwig is **ORDERED TO APPEAR** with A.L.C. and E.R.S.C. at the Norwegian Airlines check-in desk at Los Angeles International Airport on **April 30, 2014 at 5 p.m.**

- Respondent Sarodjiny Carlwig has indicated that she will not be traveling with A.L.C. and E.R.S.C. to Sweden. Therefore, the Court **ORDERS** that the children be returned to Sweden in the custody of Petitioner Andreas Carlwig unless Respondent changes her mind and is willing to travel on the scheduled flight on April 30, 2014.

Any party who fails to comply with this Court Order will be held in contempt and face incarceration.

**IT IS SO ORDERED.**

April 29, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2