**O**
**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| IN RE A.L.C. and E.R.S.C., <br> ANDREAS CARLWIG, <br>    Petitioner, <br>  v. <br> SARODJINY CARLWIG, <br>    Respondent. | Case No. 2:14-cv-1506-ODW(SHx) <br><br> **ORDER CLOSING CASE** |

  Having adjudicated the Petition and all other pending matters in this case, the Clerk of Court is instructed to close this case.

  **IT IS SO ORDERED.**

May 6, 2014

              _____
                 **OTIS D. WRIGHT, II**
              **UNITED STATES DISTRICT JUDGE**